IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RUSSELL E. D. ROBINSON,

    Plaintiff,

vs.                                 CIVIL ACTION NO.: CV209-089

JEFF COUGHLIN; ERIN CHALFANT;
JERRY BUNN; CEDRICK LINDSEY;
BENJAMIN HOCKENSMITH;
and DEBORAH HICKEY,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objections, Plaintiff asserts that his claims are brought pursuant to 28 U.S. C. § 2241, rather than pursuant to 28 U.S.C.A. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388(1971), as stated in the Report and Recommendation. He states that he should be exempt from participating in the prison mail system "Trulincs" because it is illegal. Additionally, Plaintiff objects to the collection of the filing fees from his Inmate Trust Account.

Plaintiff's objections are without merit and are contrary to the allegations he set forth in his original complaint. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 14 day of August, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)